■ MORRIS JOHNSON III, Respondent, v CITY OF NEW YORK, Defendant, and KIPS BAY BOYS & GIRLS CLUB, INC., Appellant. [766 NYS2d 834] —Order, Supreme Court, Bronx County (Alexander Hunter, J.), entered March 3, 2003, which, to the extent appealed from as limited by the brief, denied defendant Kips Bay Boys & Girls Club, Inc.'s motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

In this action to recover for injuries allegedly sustained by the infant plaintiff while participating in defendant-appellant's day camp, summary judgment dismissing the complaint was properly denied in light of evidence, including the deposition testimony of the infant and a camp group leader, raising triable issues as to whether plaintiff and other campers were adequately supervised and as to whether closer supervision would have prevented the accident (*see Vonungern v Morris Cent. School*, 240 AD2d 926 [1997]). Concur—Nardelli, J.P., Mazzarelli, Ellerin and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEATO OZUNA, Appellant. [766 NYS2d 344] —Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered October 10, 2001, convicting defendant, after a jury trial, of criminal contempt in the first degree, and sentencing him to a term of 1⅓ to 4 years, unanimously affirmed.

The verdict was not against the weight of the evidence. Conflicting accounts of the telephone calls at issue were presented to the jury and there is no basis for disturbing its determinations (*see People v Gaimari*, 176 NY 84, 94 [1903]). Concur—Nardelli, J.P., Mazzarelli, Ellerin and Gonzalez, JJ.